

## NUMBERS 13-15-00172-CV & 13-15-00418-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

HEBLEN KANAN,                                                                Appellant,

v.

PLANTATION HOMEOWNER'S
ASSOCIATION INC.,                                                            Appellee.

### On Appeal & Petition for Writ of Mandamus
### from the County Court at Law No. 1 of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Memorandum Opinion Per Curiam

By notice of appeal filed in our appellate cause number 13-15-00172-CV, appellant

Heblen Kanan challenged a December 24, 2014 judgment of contempt. Kanan, Pharr

Plantation Management Co., Ltd., and Pharr Plantation, Inc., also challenged this same

judgment of contempt by separate petition for writ of mandamus filed in our cause number

13-15-00418-CV. Currently before the Court is a "Joint Motion for Remand" filed by these parties and appellee and real party in interest, Plantation Homeowners Association, Inc. According to this motion, the parties jointly request that this Court issue an order setting aside the December 24, 2014 judgment of contempt and remanding the case to the trial court for further proceedings. The parties expect and intend to thereby resolve both the appeal and the petition for writ of mandamus.

The Court, having examined and fully considered the "Joint Motion for Remand" and the documents on file in the appeal and original proceeding, is of the opinion that the parties' motion should be granted. Accordingly, we GRANT the "Joint Motion for Remand." In cause number 13-15-00172-CV, we set aside the December 24, 2014 judgment without regard to the merits and we remand the case to the trial court for further proceedings, including a new trial, pursuant to the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). In accordance with the agreement of the parties, costs will be taxed against the party incurring same. *See id.* 42.1(d). Having so ruled in the appeal, we DISMISS the original proceeding filed in our cause number 13-15-00418-CV as moot without regard to the merits. All pending motions in the appeal and original proceeding are likewise DISMISSED as moot without regard to the merits.

PER CURIAM

Delivered and filed the
5th day of October, 2015.

2